668

PERKINS (CATHERINE), Respondent, vs. WESTERN CASUALTY & SURETY COMPANY, Appellant.

For the appellant: *Chas. H. Avery* of Antigo.
For the respondent: *Clarence Simon* of Elroy.

*By the Court.*—Judgment affirmed.

CARLSON, Respondent, vs. STRASSER and another, Appellants.

For the appellants: *Chas. H. Avery* of Antigo.
For the respondent: *Dudley O. Emmert* of Antigo, and *Charles F. Smith* of Wausau.

*By the Court.*—Judgment affirmed.